DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN BAUTISTA MONTES RUEDA,**
Appellant,

v.

**DEPARTMENT OF REVENUE CHILD SUPPORT ENFORCEMENT** and
**JAIDY YOMAR RIVERA GARCIA,**
Appellees.

No. 4D22-3117

[May 18, 2023]

Appeal from the State of Florida, Department of Revenue; L.T. Case No. 2001843269.

Juan Bautista Montes Rueda, Davie, pro se.

Ashley Moody, Attorney General, Tallahassee, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for appellee the Department of Revenue.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***